IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BLITZSAFE TEXAS, LLC, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:22-CV-00200-JRG (LEAD CASE) |
| KZ, INC., | | |
| *Defendant*. | | |
| v. | § § § § § | CIVIL ACTION NO. 2:22-CV-00199-JRG (MEMBER CASE) |
| GULF STREAM COACH, INC., | | |
| *Defendant*. | | |
| v. | § § § § § | CIVIL ACTION NO. 2:22-CV-00201-JRG (MEMBER CASE) |
| REV GROUP INC. | | |
| *Defendant*. | | |
| v. | § § § § § | CIVIL ACTION NO. 2:22-CV-00202-JRG (MEMBER CASE) |
| THOR INDUSTRIES, INC. | | |
| *Defendant*. | | |

## **ORDER**

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Blitzsafe Texas, LLC ("Blitzsafe") and Defendant REV Group Inc. ("REV"). (Dkt. No. 26). In the Motion, the parties request that the Court dismiss with prejudice all claims and causes of actions asserted between them. (*Id.*).

2

      Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims in the above-captioned cases between Blitzsafe and REV are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** Case No. 2:22-CV-00201-JRG as no parties or claims remain. The Clerk of Court is further directed to **MAINTAIN AS OPEN** the remaining above-captioned actions as other parties and claims remain.

      **So ORDERED and SIGNED this 19th day of September, 2022.**

*[Signature: Rodney Gilstrap]*

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE